STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

NO. 2024 CA 0043

JEFFERY JONES

VERSUS

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONS

Judgment Rendered: _____ **DEC 0 5 2024**

* * * * *

On Appeal from the
19th Judicial District Court
In and for the Parish of East Baton Rouge
State of Louisiana
Trial Court No. 728065

Honorable Ronald R. Johnson, Judge Presiding

* * * * *

Jeffery Jones                          Plaintiff-Appellant,
St. Gabriel, LA                        *Pro Se*


Grant Lloyd Willis                     Attorney for Defendant-Appellee,
Baton Rouge, LA                        Louisiana Board of Pardons and
                                       Committee on Parole


Robert R. Rochester Jr.                Attorney for Defendant-Appellee,
Baton Rouge, LA                        Louisiana Department of Public Safety and
                                       Corrections


* * * * *

BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.

**HESTER, J.**

Jeffery Jones, an inmate incarcerated at Elayn Hunt Correctional Center in the Parish of Iberville, appeals the district court's judgment dismissing, with prejudice, his petition for judicial review for failure to state a claim for which relief may be granted and peremption. Jones' petition alleged his parole was revoked without conducting a revocation hearing and requested that Louisiana Department of Public Safety and Corrections and Louisiana Board of Pardons (the "Board") conduct a parole revocation hearing in his case.

Jones' parole records produced by the Board indicated that his parole was revoked effective February 13, 2015, as provided by law. His parole was revoked pursuant to La. R.S. 15:574.10, which provides, in part, that when a person is convicted of a felony committed while on parole, his parole shall be deemed revoked as of the date of the commission of the felony. Jones filed his petition for judicial review on January 24, 2023, well beyond the ninety-day peremptive period set forth in La. R.S. 15:574.11(D) for petitions alleging a denial of a revocation hearing.

After a thorough review of the record and relevant jurisprudence, we find no error of law or abuse of discretion by the district court. Accordingly, we affirm the district court's judgment in accordance with Uniform Rules-Courts of Appeal, Rule 2-16.2A(5), (6), (7), and (8). All costs associated with the appeal are assessed against appellant, Jeffery Jones.

**AFFIRMED.**